THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

edocket@cavanaghlaw.com

Philip G. Mitchell, SBN 10374
pmitchell@cavanaghlaw.com
Julie A. Pace, SBN 14585
jpace@cavanaghlaw.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FRONTIER STAR CJ, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>No. 2:15-bk-09385- EPB<br><br>**NOTICE OF LODGING** |

NOTICE IS HEREBY GIVEN that Debtor has lodged the attached *Order Authorizing the Employment and Retention of The Cavanagh Law Firm, P.A. as Attorneys for Debtor* in the referenced matter.

DATED this 29th day of July, 2015.

THE CAVANAGH LAW FIRM, P.A.

By: /s/ Philip G. Mitchell
Philip G. Mitchell
Julie A. Pace
Proposed Attorneys for Debtor

| | |
|---|---|
| 1 | COPY of the foregoing mailed this 29th day of July, 2015, to: |
| 2 | |
| 3 | Larry Watson<br>Office of the U.S. Trustee<br>230 N. 1st Avenue, Ste. 204 |
| 4 | Phoenix AZ 85003-1706 |
| 5 | /s/ Tricia Kaufman |

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000