# UNITED STATES BANKRUPTCY COURT

## ARIZONA

In re **Frontier Star CJ, LLC**_____,
*Debtor*

Case No. **2:15-bk-09385-EPB**

Chapter **11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 49,040,570.39 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 25,844,606.97 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 18 | | $ 2,010,423.89 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 27 | $ 49,040,570.39 | $ 27,855,030.86 | |

In re <u>Frontier Star CJ, LLC,</u>

Debtor

Case No. <u>2:15-bk-09385-EPB</u>

(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

In re  **Frontier Star CJ, LLC,**                                          Case No.    **2:15-bk-09385-EPB**
_____                                              _____
                                   **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re  **Frontier Star CJ, LLC,** _____     Case No.   **2:15-bk-09385-EPB** _____
                          Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | $49,040,570.39 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

In re **Frontier Star CJ, LLC,**                                        Case No.   **2:15-bk-09385-EPB**
                                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_ continuation sheets attached          Total ▶
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

| $49,040,570.39 |
|---|

In re   __Frontier Star CJ, LLC,__ _____      Case No.  __2:15-bk-09385-EPB__
                 **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                               $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re **Frontier Star CJ, LLC**                    , Case No. **2:15-bk-09385-EPB**
_____                    _____
**Debtor**                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alliance Bank of Arizona**<br>**c/o Scott Jenkins**<br>**Quarles & Brady**<br>**2 N Central Ave**<br>**Phoenix, AZ 85004** | X | | 10/06/2014<br>**All Assets General Business Security**<br><br>VALUE S$49,040,570.39 | | | | **$25,612,192.75** | **$0.00** |
| ACCOUNT NO.<br>**MBM**<br>**2641 Meadowbrook Rd**<br>**Rocky Mount, NC 27802** | | | **Purchase-Money Security Interest**<br>**Deliverables - Food**<br><br>VALUE $   $233,000.00 | | | | **$232,414.22** | **$0.00** |

**0**  continuation sheets
attached

|  | | Subtotal ▶<br>(Total of this page) | $ | 25,844,606.97 | $ | 0.00 |
|---|---|---|---|---|---|---|
|  | | Total ▶<br>(Use only on last page) | $ | 25,844,606.97 | $ | 0.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  __Frontier Star CJ, LLC_____,    Case No. __2:15-bk-09385-EPB___
Debtor                                                      *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ] **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ] **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6F (Official Form 6F) (12/07)

In re **Frontier Star CJ, LLC**  , Case No. **2:15-bk-09385-EPB**
_____
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1629 McDonald Ave LLC<br>600 Smith St<br>Brooklyn , NY 11231 | | | 07/01/2015<br><br>Rent | | | | |
| ACCOUNT NO.<br><br>4M Properties, LP<br>4370 La Jolla village Dr Ste 960<br>San Diego, CA 92122 | | | 07/01/2015<br><br>Rent | | | | $14,980.90 |
| ACCOUNT NO.<br><br>Abraham & Miriam Shapiro<br>101 Parkshore #100<br>Folsom, CA 95630 | | | 07/01/2015<br><br>Rent | | | | $16,666.66 |
| | | | | | | Subtotal▶ | $    31,647.56 |

**16** continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical

B 6F (Official Form 6F) (12/07) - Cont.

In re Frontier Star CJ, LLC_____,    Case No. 2:15-bk-09385-EPB
                    Debtor                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bernette Hamel Trust <br> Anna Meyer <br> 349 Vista Marazul <br> Oceanside, CA 92057-7343 | | | 07/01/2015 <br><br> Rent | | | | |
| ACCOUNT NO. <br><br> Beuchs Partnership <br> 7329 Via Lorado <br> Rancho Palos Verde, CA 90274 | | | 07/01/2015 <br><br> Rent | | | | |
| ACCOUNT NO. <br><br> CAJR LLC <br> c/o Stephen G. Weise <br> 34 Cresta Del Sol <br> San Clemente, CA 92673 | | | 07/01/2015 <br><br> Rent | | | | $13,387.50 |
| ACCOUNT NO. <br><br> Carendelle LLC <br> Attn: Jeanice Deeb and Danice Najjar <br> 10120 Riverside Dr <br> Toluca Lake, CA 91602 | | | 07/01/2015 <br><br> Rent | | | | $1,970.72 |

Sheet no. __1__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    15,358.22

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC** _____,  Case No. **2:15-bk-09385-EPB**
        **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CFT C Properties, LLC<br>Attn: Cindy Ferrell<br>Bank of the West<br>PO Box 528<br>Jackson, WY 83001 | | | 07/01/2015<br><br>Rent | | | | $0.00 |
| ACCOUNT NO.<br><br>Cheeseburger, LLC<br>c/o Mary Gallagher McGlynn<br>PO Box 779<br>Lafayette, CA 94549 | | | 07/01/2015<br><br>Rent | | | | $48,039.99 |
| ACCOUNT NO.<br><br>CKE<br>Carl's Jr. Restaurants, LLC<br>Department #0779<br>Los Angeles, CA 90084-0779 | | | 07/01/2015<br><br>Franchise Fees | | | | $1,517,306.32 |
| ACCOUNT NO.<br><br>Clyde Greco<br>PO Box 1419<br>Santa Rosa, CA 95402 | | | 08/01/2015<br><br>Rent | | | | $17,424.00 |

Sheet no. **2** of **16** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,582,770.31**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Coventry II DDR Phx** <br> **Dept 20958** <br> **PO Box 931092** <br> **Cleveland, OH 44193** | | | **07/01/2015** <br> **Rent** | | | | **$16,982.69** |
| **ACCOUNT NO.** <br><br> **CSC Holdings** <br> **c/o Chareleen Case, Trustee** <br> **Fidelity Investments** <br> **PO Box 770001** <br> **Cincinnati, OH 45277-0003** | | | **08/01/2015** <br> **Rent** | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **CSC Trust** <br> **c/o Charleen Case Trustee** <br> **Fidelity Investments** <br> **PO Box 770001** <br> **Cincinnati, OH 45277-0003** | | | **07/01/2015** <br> **Rent** | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **CSJR Longview TX LLC** <br> **275 Coleridge St** <br> **Brooklyn, NY 11235** | | | **08/01/2015** <br> **Rent** | | | | **$0.00** |

Sheet no. **3** of **16** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **16,982.69**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Frontier Star CJ, LLC</u> ,  Case No. <u>2:15-bk-09385-EPB</u>

    **Debtor**               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**CSJR pHoenix AZ LLC**<br>**275 Coleridge St**<br>**Brooklyn, NY 11235** | | | 08/01/2015<br>Rent | X | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**D&N Realty LLC**<br>**658 S Greenfield Ave**<br>**Waukesha, WI 53186** | | | 07/01/2015<br>Rent | | | | |
| **ACCOUNT NO.**<br><br>**DeRito/Kimco Riverview LLC**<br>**PO Box 5020**<br>**New Hyde Park, NY**<br>**11042-0020** | | | 07/01/2015<br>Rent | | | | |
| **ACCOUNT NO.**<br><br>**Dobrott Family Trust**<br>**329 Via Lido Sound**<br>**Newport Beach, CA 92663** | | | 07/01/2015<br>Rent | | | | **$7,150.43** |

Sheet no. <u>4</u> of <u>16</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $   **7,150.43**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC** ,  Case No. **2:15-bk-09385-EPB**
             Debtor  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Dobrott Family Trust:**<br><br>**Moriarty Family Trust**<br>**1512 Martingale Place**<br>**Santa Ana, CA 92705** | | | | | | | |
| ACCOUNT NO.<br><br>**Douglas & Kathleen Filipponi, Trustees**<br>**PO Box 803**<br>**Santa Margarita, CA 93453** | | | 07/01/2015<br><br>Rent | | | | |
| ACCOUNT NO.<br><br>**Eital Properties**<br>**c/o Americal Management Co.**<br>**9595 Wilshire Blvd Ste 6000**<br>**Beverly Hills, CA 90212-2506** | | | 07/01/2015<br><br>Rent | | | | **$10,043.41** |
| ACCOUNT NO.<br><br>**Fairfield Homes Title**<br>**42-600 Cook Street, Ste 203**<br>**PO Box 13390**<br>**Palm Desert, CA 92255-3390** | | | 07/01/2015<br><br>Rent | | | | **$0.00** |

Sheet no. **5** of **16** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **10,043.41**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Frontier Star CJ, LLC</u> ,
          **Debtor**

Case No. <u>2:15-bk-09385-EPB</u>
          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>George P. Maillo<br>1512 Torre Ct<br>San Jose, CA 95120 | | | 08/01/2015<br>Rent | X | X | X | Unknown |
| **ACCOUNT NO.**<br><br>Gilbert Chandler Heights I, LLC<br>c/o Vestar Development<br>2425 E Camelback Rd Ste 750<br>Phoenix, AZ 85016 | | | 07/01/2015<br>Rent | | | | $10,672.17 |
| **ACCOUNT NO.**<br><br>Glendora Medical<br>210 S Grand Ave #220<br>Glendora, CA 91741 | | | 08/01/2015<br>Rent | X | X | X | $2,218.67 |
| **ACCOUNT NO.**<br><br>Golden River LLC<br>15824 FM 529 Rd<br>Houston, TX 77095 | | | 07/01/2015<br>Rent | | | | |

Sheet no. <u>6</u> of <u>16</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    12,890.84

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC**                    ,        Case No. **2:15-bk-09385-EPB**
_____
        **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HDI & JM Properties<br>c/o Huntleigh Development<br>101 Linden St<br>Oakland, CA 94607 | | | 08/01/2015<br>Rent | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Heller Properties LP<br>Attn:  Donald R. Heller<br>1322 Park Hill Ln<br>Escondido, CA 92025 | | | 07/01/2015<br>Rent | | | | |
| ACCOUNT NO.<br><br>Ingrid LeBlanc<br>Wells Fargo Bank - Bank by Mail<br>PO Box 3488<br>Portland, OR 97208 | | | 07/01/2015<br>Rent | | | | |
| ACCOUNT NO.<br><br>James Scrima<br>1657 Hunter Rd<br>Waukesha, WI 53189 | | | 07/01/2015<br>Rent | | | | $13,333.33 |

Sheet no. **7** of **16** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ **13,333.33**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC** , Case No. **2:15-bk-09385-EPB**
_____ _____
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>JAML<br>c/o Robert J. Campo<br>6318 E. Sage Dr.<br>Scottsdale, AZ 85253 | | | 07/01/2015<br><br>Rent | | | | **$9,927.17** |
| **ACCOUNT NO.**<br><br>JGNK Investments LLC<br>c/o ACP Management Company<br>3720 S Susan St Ste 100<br>Santa Ana, CA 92704 | | | 07/01/2015<br><br>Rent | | | | |
| **ACCOUNT NO.**<br><br>Jo Fern Wade Trust<br>c/o Dawn Chuchian, Co-Trustee<br>9010 Corbin Ave Ste 15<br>Northridge, CA 91324 | | | 07/01/2015<br><br>Rent | | | | **$16,477.55** |
| **ACCOUNT NO.**<br><br>John scarsella<br>PO Box 120<br>Corte Madera, CA 94925 | | | 07/01/2015<br><br>Rent | | | | **$12,496.88** |

Sheet no. **8** of **16** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **38,901.60**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC** _____ ,     Case No. **2:15-bk-09385-EPB** _____
                    **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>JVJ Commercial Enterprises LLC<br>3006 Roxboro Rd<br>Euless, TX 76039 | | | 07/01/2015<br>Rent | | | | $13,334.00 |
| **ACCOUNT NO.**<br><br>La Cholla Pad<br>c/o BHR, Inc.<br>1815 W. First Avenue #122<br>Mesa, AZ 85202 | | | 07/01/2015<br>Rent | | | | $32,597.21 |
| **ACCOUNT NO.**<br><br>LDR - Cactus<br>2201 E Camelback Rd Ste 650<br>Phoenix, AZ 85016 | | | 07/01/2015<br>Rent | | | | $7,900.88 |
| **ACCOUNT NO.**<br><br>Ligo Investments LLC<br>355 Colby Point Place<br>Chula Vista, CA 91914 | | | 07/01/2015<br>Rent | | | | $10,500.00 |

Sheet no. __9__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **64,332.09**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC** _____,   Case No. **2:15-bk-09385-EPB**
   **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Love's Travel Stops and Country Stores Inc<br>10601 N Pennsylvania Ave<br>Oklahoma, OK 73120 | | | 07/01/2015<br>Rent | | | | |
| ACCOUNT NO.<br><br>Mickey Phelan B Land LP<br>1277 Calder Ave<br>Beaumont, TX 77701 | | | 08/01/2015<br>Rent | | | | $9,199.31 |
| ACCOUNT NO.<br><br>Nacogdoches BTS LLC<br>505 Montgomery St Ste 1005<br>San Francisco, CA 94111 | | | 08/01/2015<br>Rent | X | X | X | Unknown |
| ACCOUNT NO.<br><br>National Retail Properties<br>PO Box 864205<br>Orlando, FL 32886-4205 | | | 07/01/2015<br>Rent | | | | $16,399.49 |

Sheet no. __10__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ | **25,598.80**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Nebezahl Family Trust c/o Bernard B. Nebenzahl, Trustee 9401 Wilshire Blvd 9th Fl Beverly Hills, CA 90212-2974** | | | 07/01/2015 <br><br> Rent | | | | |
| ACCOUNT NO. <br><br> **Ned M. and Connie G. Thompson PO Box 6061 Atascadero, CA 93423** | | | 08/01/2015 <br><br> Rent | | | | $10,166.67 |
| ACCOUNT NO. <br><br> **Orsovita Inc 38760 Valle Vista Murrieta, CA 92562** | | | 08/01/2015 <br><br> Rent | X | X | X | Unknown |
| ACCOUNT NO. <br><br> **PADLP Master 201 E Jefferson Phoenix, AZ 85004** | | | 07/01/2015 <br><br> Rent | | | | |

Sheet no. __11__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **10,166.67**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC** ,      Case No. **2:15-bk-09385-EPB**
        Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Perry Duncan & Pamela Rissling<br>14 Nebulae Way<br>Rancho Mirage, CA 92270 | | | 07/01/2015<br><br>Rent | | | | $10,125.00 |
| ACCOUNT NO.<br><br>RBM Property Management LLC<br>101 E Broadway<br>Hackensack, NJ 07601-6851 | | | 08/01/2015<br><br>Rent | | | | $22,083.34 |
| ACCOUNT NO.<br><br>Robert P. Wilson, Trustee for Dean Reynolds Trust<br>637 N Doheny Dr<br>Beverly Hills, CA 90210 | | | 07/01/2015<br><br>Rent | | | | |
| ACCOUNT NO.<br><br>Robert R. Hager<br>245 E Liberty St Ste 450<br>Reno, NV 89501 | | | 07/01/2015<br><br>Rent | | | | |

Sheet no. __12__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      **32,208.34**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Frontier Star CJ, LLC</u>                    ,          Case No. <u>2:15-bk-09385-EPB</u>
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rossmore Enterprises<br>605 E. Min Street, Ste. 7<br>Aspen, CO 81611 | | | 07/01/2015<br>Rent | | | | $13,749.47 |
| ACCOUNT NO.<br><br>Rubyco Holding LLC<br>Attn: Meredith Jackson<br>2621 Kennington Dr.<br>Glendale, CA 91206-1826 | | | 07/01/2015<br>Rent | | | | $9,224.74 |
| ACCOUNT NO.<br><br>SAJUR LLC<br>1739 Beverly Ave Ste 220<br>Kingman, AZ 86409 | | | 07/01/2015<br>Rent | | | | $13,333.33 |
| ACCOUNT NO.<br><br>Scott D. Patterson Property Management<br>3527 Mt Diablo Blvd #229<br>Lafayette, CA 94549 | | | 07/01/2015<br>Rent | | | | |

Sheet no. <u>13</u> of <u>16</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **36,307.54**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Frontier Star CJ, LLC</u>_____ ,  Case No. <u>2:15-bk-09385-EPB</u>
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SJFT, LLC<br>Attn: Yih G. Jan<br>3819 E Amberwood Dr<br>Phoenix, AZ 85048 | | | 07/01/2015<br><br>Rent | | | | $9,098.58 |
| ACCOUNT NO.<br><br>Star South Enterprise, LLC<br>c/o Edna J. Yabu<br>PO Box 7836<br>Torrance, CA 90504 | | | 07/01/2015<br><br>Rent | | | | $12,063.64 |
| ACCOUNT NO.<br><br>Steve Brandlin<br>180 Calle Iglesia<br>San Clemente, CA 92672 | | | 07/01/2015<br><br>Rent | | | | $13,094.91 |
| ACCOUNT NO.<br><br>Tanklage Family Partnership<br>1025 Tanklage Rd Unit B<br>San Carlos, CA 94070-3230 | | | 07/01/2015<br><br>Rent | | | | $13,580.00 |

Sheet no. __14__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 47,837.13

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Frontier Star CJ, LLC                    ,        Case No.  2:15-bk-09385-EPB
_____              _____
            Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Vannelli Properties <br> Attn: Richard Vannelli <br> 1345 Woody Creek Ln <br> Windsor, CA 95492 | | | 07/01/2015 <br> Rent | | | | $13,125.00 |
| **ACCOUNT NO.** <br><br> Vestar Arizona XXXI, LLC <br> 2425 E Camelback Rd Ste 750 <br> Phoenix, AZ 85016 | | | 07/01/2015 <br> Rent | | | | $10,226.63 |
| **ACCOUNT NO.** <br><br> Vestar California XXII <br> 2425 E Camelback Rd Ste 750 <br> Phoenix, AZ 85016 | | | 08/01/2015 <br> Rent | | | | $11,829.26 |
| **ACCOUNT NO.** <br><br> VRE Chandler LLC <br> 1211 S White Chapel Blvd <br> Southlake, TX 76092 | | | 08/01/2015 <br> Rent | X | X | X | Unknown |

Sheet no. __15__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  35,180.89

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC**                    ,          Case No. **2:15-bk-09385-EPB**
_____
                Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> VRE Waxahachie LLC <br> 1211 White Chapel Blvd <br> Southlake, TX 76092 | | | 08/01/2015 <br> Rent | | | | **Unknown** |
| **ACCOUNT NO.** <br><br> Wallace Cascade Transport Inc <br> PO Box 67 <br> Planada, CA 95365 | | | 07/01/2015 <br> Rent | | | | $14,565.92 |
| **ACCOUNT NO.** <br><br> Watson Property LLC <br> c/o 1st Commercial Realty Group <br> 2009 Poterfield Way Ste P <br> Upland, CA 91786 | | | 07/01/2015 <br> Rent | | | | $11,221.78 |
| **ACCOUNT NO.** <br><br> Zeavy LLC <br> Attn: Reuven Zeavy <br> 4653 Camellia Ave <br> North Hollywood, CA 91602 | | | 07/01/2015 <br> Rent | | | | |

Sheet no. __16__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **25,787.70**

Total▶ | $ | **2,006,497.55**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Frontier Star CJ, LLC,**                    Case No. **2:15-bk-09385-EPB**
_____          _____
                    **Debtor**                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| **NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT.** | **DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT.** |
|---|---|
| See attached list | Description: See attached list<br><br>Nature of Debtor's Interest: Franchises |

| Address | | | |
|---|---|---|---|
| 12802 N. Interstate 35 | Live Oak | TX | 78233-2611 |
| 5297 S. Cooper Street | Arlington | TX | 76017-5937 |
| 609 W. Slaughter lane | Austin | TX | 78748-1668 |
| 12601 Lake June Road | Balch Springs | TX | 75180 |
| 711 Highway 71 West | Bastrop | TX | 78602-4036 |
| 3930 Eastex Freeway | Beaumont | TX | 77703 |
| 416 S. Watson Rd. | Buckeye | AZ | 85326 |
| 362 N Goswick way | Camp Verde | AZ | 86322 |
| 1000 Hebron Parkway | Carrollton | TX | 75010-1000 |
| 1715 E. Florence Blvd. | Casa Grande | AZ | 85222 |
| 2560 Rio Mesa Trail | Cottonwood | AZ | 86320 |
| 1707 S. Loop 288 | Denton | TX | 76205-4833 |
| 3180 N. Toltec Rd. | Eloy | AZ | 85231 |
| 1400 S. Milton Ave | Flagstaff | AZ | 86001 |
| 550 W. I30 | Garland | TX | 75043-5700 |
| 830 West Pima Street | Gila Bend | AZ | 85337 |
| 85 E. Germann Rd. | Gilbert | AZ | 85297 |
| 5378 S. Power Rd. | Gilbert | AZ | 85016 |
| 7280 W. Bell Road | Glendale | AZ | 85308 |
| 5105 W. Thunderbird | Glendale | AZ | 85306 |
| 6706 N. 95th Ave | Glendale | AZ | 85305 |
| 1680 E. Ash Street | Globe | AZ | 85501 |
| 1083 S. Cotton Lane | Good Year | AZ | 85338 |
| 1519 W. Baseline | Guadalupe | AZ | 85283 |
| 1635 N. Navajo Blvd | Holbrook | AZ | 86025 |
| 789 W. Beal St. | Kingman | AZ | 86401 |
| 3440 Stockton Hill Rd. | Kingman | AZ | 86401 |
| I-35 and Kyle Parkway | Kyle | TX | 78640 |
| 5040 W. Baseline Rd. | Laveen | AZ | 85339 |
| 7249 Bandera Rd. | Leon Valley | TX | 78238 |
| 3790 W. Ina Road | Marana | AZ | 85741 |
| 1352 S. Gilbert | Mesa | AZ | 85202 |
| 1440 W. Southern | Mesa | AZ | 85202 |
| 1850 S. Country Club | Mesa | AZ | 85210 |
| 4515 E. McKellips Road | Mesa | AZ | 85205 |
| 2002 N. Country Club | Mesa | AZ | 85201 |
| 1015 N. Dobson Rd. | Mesa | AZ | 85201 |
| 2104 N. Galloway Avenue | Mesquite | TX | 75150-5730 |
| 1395 S. I-35 | New Braunfels | TX | 78130-5920 |
| 10535 N. Oracle Rd. | Oro Valley | AZ | 85737 |
| 12110 N. 75th Ave | Peoria | AZ | 85381 |
| 9360 W. Northern Ave. | Peoria | AZ | 85345 |
| 2342 E. Thomas Rd. | Phoenix | AZ | 85016 |
| 1202 N. 51st Ave. | Phoenix | AZ | 85043 |
| 3470 W. Bell Rd. | Phoenix | AZ | 85023 |
| 2343 E. Bell Rd. | Phoenix | AZ | 85022 |
| 9111 N. 7th St. | Phoenix | AZ | 85020 |

| | | | |
|---|---|---|---|
| 4916 E. Chandler Blvd. | Phoenix | AZ | 85048 |
| 7610 W. Thomas Rd. | Phoenix | AZ | 85033 |
| 4311 W. Camelback Road | Phoenix | AZ | 85031 |
| 2501 W. Happy Valley #47 | Phoenix | AZ | 85085 |
| 2750 W. Thomas Road | Phoenix | AZ | 85017 |
| 1753 W BethanyHome Rd | Phoenix | AZ | 85015 |
| 201 E. Jefferson Street - Pavilion & 109 | Phoenix | AZ | 85004 |
| 555 Miller Valley Rd. | Prescott | AZ | 86301 |
| 5785 E State Route 69 | Prescott Valley | AZ | 86314 |
| 1450 West Main Street | Quartzsite | AZ | 85346 |
| 21064 E. Ocotillo | Queen Creek | AZ | 85142 |
| 18700 S. Nogales Hwy | Sahuarita | AZ | 85629 |
| 6588 FM 78 (Sequin Road) | San Antonio | TX | 78244-1300 |
| 2002 S.W. Military Drive | San Antonio | TX | 78213-2148 |
| 2639 N.E. Loop 410 | San Antonio | TX | 78217-5608 |
| 8539 Texas 151 | San Antonio | TX | 78245 |
| 5623 W. 1604 N. | San Antonio | TX | 78253 |
| 2219 S. IH 35 | San Marcos | TX | 78666-5918 |
| 15144 N. Northsight Blvd. | Scottsdale | AZ | 85260 |
| 3380 N. Hayden Road | Scottsdale | AZ | 85251 |
| 8825 S. Jewel Street | Tempe | AZ | 85284 |
| 1210 N. Scottsdale Road | Tempe | AZ | 85281 |
| 7805 Broadway East | Tucson | AZ | 85710 |
| 6301 E Grant | Tucson | AZ | 85715 |
| 615 W. Congress | Tucson | AZ | 85745 |
| 728 N. Bisbee | Wilcox | AZ | 85643 |
| 1055 N. Grand Canyon Blvd Suite #3 | Williams | AZ | 86046 |
| 2985 S. Alma School Rd. | Chandler | AZ | 85248 |
| 2930 S. Buckner Blvd. | Dallas | TX | 75227-6907 |
| 748 N. Gilbert Rd. | Gilbert | AZ | 85234 |
| 411 A E. Loop 281 | Longview | TX | 75605-7928 |
| 1301 S. 1st Street | Lufkin | TX | 75901-4717 |
| 288 Stickland Drive | Orange | TX | 77630 |
| 31414 N. Cave Creek Rd. | Phoenix | AZ | 85331 |
| 4900 Highway 73 | Port Arthur | TX | 77642 |
| 13980 Nacagdoches Road | San Antonio | TX | 78217-1282 |
| 515 E. Wickenburg Way | Wickenburg | AZ | 85390 |
| 4414 W. Commerce St | San Antonio | TX | 78237 |
| 1208 N. University Dr. | Nacogdoches | TX | 75961 |
| 4244 S 35th Ave. Phoenix, AZ | Phoenix | AZ | |
| 7632 S. Wilmot Rd. Tucson, AZ. 85756 | Tucson | Az | 85756 |
| 1803 E Hwy 377, Granbury, TX | Granbury | Tx | |
| 2002 E Overland Trail, Abilene, TX 79601 | Abilene | TX | 79601 |
| 4217 Bridge St, Fort Worth, TX 76103 | Fort Worth | TX | 76103 |
| 2670 Midway Road, Carrollton, TX 75006 | Carrollton | TX | 75006 |
| 655 N. Arizona Ave, Chandler, Az | Chandler | AZ | |
| 503 N. Highway 77, Waxahachie, Tx 75165 | Waxahachie | TX | 75165 |
| 5425 Southwest Loop 410 | San Antonio | TX | 78227 |
| 3405 Belt Line Road, Irving, TX | Irving | TX | |

In re **Frontier Star CJ, LLC,**            Case No.   **2:15-bk-09385-EPB**
                   **Debtor**                                           **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Frontier Star, LLC<br>5210 S Priest Dr<br>Guadalupe, AZ 85283<br><br>Frontier Star 1, LLC<br>5210 S Priest Dr<br>Guadalupe, AZ 85283 | Alliance Bank of Arizona<br>c/o Scott Jenkins<br>Quarles & Brady<br>2 N Central Ave<br>Phoenix, AZ 85004 |

In re  **Frontier Star CJ, LLC** _____ ,   Case No. **2:15-bk-09385-EPB** _____
          <u>Debtor</u>                                                       **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
                                                                      Debtor

Date _____   Signature: _____
                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (**1**) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any,   Social Security No.
of Bankruptcy Petition Preparer   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____   _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____**Frontier Star 1, LLC**_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____**Frontier Star CJ, LLC**_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date ___**8-10-15**___   Signature: _____
                                              **Frontier Star 1, LLC**
                                            [Print or type name of individual signing on behalf of debtor.]
                                            **by Jason Vecke, Manager Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.