# UNITED STATES BANKRUPTCY COURT
## ARIZONA

In re  Frontier Star CJ, LLC,                                Case No.   2:15-bk-09385-EPB
            Debtor

                                                             Chapter     11

## AMENDED - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CKE Carl's Jr. Restaurants, LLC Department #0779 Los Angeles, California 90084-0779 | | Franchise Fees | | $1,517,306.32 |
| Cheeseburger, LLC c/o Mary Gallagher McGlynn PO Box 779 Lafayette, California 94549 | | Rent | | $48,039.99 |
| La Cholla Pad c/o BHR, Inc. 1815 W. First Avenue #122 Mesa, Arizona 85202 | | Rent | | $32,597.21 |
| RBM Property Management LLC 101 E Broadway Hackensack, New Jersey 07601-6851 | | Rent | | $22,083.34 |
| Clyde Greco PO Box 1419 Santa Rosa, California 95402 | | Rent | | $17,424.00 |

B 4 (Official Form 4) (12/07)

| Creditor | | Claim Type | | Amount |
|---|---|---|---|---|
| Coventry II DDR Phx<br>Dept 20958<br>PO Box 931092<br>Cleveland, Ohio 44193 | | Rent | | $16,982.69 |
| Abraham & Miriam Shapiro<br>101 Parkshore #100<br>Folsom, California 95630 | | Rent | | $16,666.66 |
| Jo Fern Wade Trust<br>c/o Dawn Chuchian, Co-Trustee<br>9010 Corbin Ave Ste 15<br>Northridge, California 91324 | | Rent | | $16,477.55 |
| National Retail Properties<br>PO Box 864205<br>Orlando, Florida 32886-4205 | | Rent | | $16,399.49 |
| 4M Properties, LP<br>4370 La Jolla village Dr Ste 960<br>San Diego, California 92122 | | Rent | | $14,980.90 |
| Wallace Cascade Transport Inc<br>PO Box 67<br>Planada, California 95365 | | Rent | | $14,565.92 |
| Rossmore Enterprises<br>605 E. Min Street, Ste. 7<br>Aspen, Colorado 81611 | | Rent | | $13,749.47 |
| Tanklage Family Partnership<br>1025 Tanklage Rd Unit B<br>San Carlos, California 94070-3230 | | Rent | | $13,580.00 |

B 4 (Official Form 4) (12/07)

| | | |
|---|---|---|
| CAJR LLC<br>c/o Stephen G. Weise<br>34 Cresta Del Sol<br>San Clemente,<br>California 92673 | Rent | $13,387.50 |
| JVJ Commercial<br>Enterprises LLC<br>3006 Roxboro Rd<br>Euless, Texas 76039 | Rent | $13,334.00 |
| SAJUR LLC<br>1739 Beverly Ave Ste 220<br>Kingman, Arizona 86409 | Rent | $13,333.33 |
| James Scrima<br>1657 Hunter Rd<br>Waukesha, Wisconsin 53189 | Rent | $13,333.33 |
| Vannelli Properties<br>Attn: Richard Vannelli<br>1345 Woody Creek Ln<br>Windsor, California 95492 | Rent | $13,125.00 |
| Steve Brandlin<br>180 Calle Iglesia<br>San Clemente,<br>California 92672 | Rent | $13,094.91 |
| John scarsella<br>PO Box 120<br>Corte Madera,<br>California 94925 | Rent | $12,496.88 |

Date: 8-10-15

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jason LeVecke, Manager Member of Frontier Star 1, LLC, Sole Member of Frontier Star CJ, LLC, an authorized agent of Frontier Star CJ, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 8-10-15

Jason LeVecke, Manager Member of Frontier Star 1, LLC, Sole Member of Frontier Star CJ, LLC, Authorized Agent