In re Frontier Star CJ, LLC, Debtor

Case No. 2:15-bk-09385-EPB (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re Frontier Star CJ, LLC, Debtor | Case No. 2:15-bk-09385-EPB (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | The Debtor is franchisee under 74 franchise agreements. It is difficult to ascertain the market value of such franchise agreements with any degree of certainty. As such, the amended valuations reflect the fee paid to the franchisor as part of the franchise agreement process. The Debtor is currently in the process of negotiating with potential purchasers for some of its restaurant operations. As such, the market process will more accurately determine the market value of the franchise agreements. | | $1,850,000.00 |

In re Frontier Star CJ, LLC, Debtor — Case No. 2:15-bk-09385-EPB (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

2 continuation sheets attached — Total ► $1,850,000.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

| FRONTIERS STAR CJ, LLC SCHEDULE B #23. Licenses, franchise, and other general intangibles. Give particulars | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | | | | | Husband, wife, joint, or community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | |
| Carl's Jr. Restaurant | | 1100015 | 12802 N. Interstate 35 | Live Oak | TX | 78233-2611 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100032 | 6588 FM 78 (Sequin Road) | San Antonio | TX | 78244-1300 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100269 | 7280 W. Bell Road | Glendale | AZ | 85308 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100348 | 711 Highway 71 West | Bastrop | TX | 78602-4036 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100403 | 1395 S. I-35 | New Braunfels | TX | 78130-5920 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100435 | I-35 and Kyle Parkway | Kyle | TX | 78640 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100448 | 2002 S.W. Military Drive | San Antonio | TX | 78213-2148 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100486 | 2639 N.E. Loop 410 | San Antonio | TX | 78217-5608 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100540 | 2219 S. IH 35 | San Marcos | TX | 78666-5918 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100606 | 15144 N. Northsight Blvd. | Scottsdale | AZ | 85260 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100682 | 609 W. Slaughter lane | Austin | TX | 78748-1668 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100704 | 789 W. Beal St. | Kingman | AZ | 86401 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100813 | 1400 S. Milton Ave | Flagstaff | AZ | 86001 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100826 | 1352 S. Gilbert | Mesa | AZ | 85202 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100827 | 3180 N. Toltec Rd. | Eloy | AZ | 85231 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100828 | 1440 W. Southern | Mesa | AZ | 85202 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100829 | 1519 W. Baseline | Guadalupe | AZ | 85283 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100836 | 2342 E. Thomas Rd. | Phoenix | AZ | 85016 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100839 | 1202 N. 51st Ave. | Phoenix | AZ | 85043 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1100858 | 555 Miller Valley Rd. | Prescott | AZ | 86301 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101078 | 3470 W. Bell Rd. | Phoenix | AZ | 85023 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101087 | 2343 E. Bell Rd. | Phoenix | AZ | 85022 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101090 | 5105 W. Thunderbird | Glendale | AZ | 85306 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101091 | 3380 N. Hayden Road | Scottsdale | AZ | 85251 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101411 | 12110 N. 75th Ave | Peoria | AZ | 85381 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101444 | 9111 N. 7th St. | Phoenix | AZ | 85020 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101453 | 9360 W. Northern Ave. | Peoria | AZ | 85345 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101482 | 1850 S. Country Club | Mesa | AZ | 85210 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101488 | 4916 E. Chandler Blvd. | Phoenix | AZ | 85048 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101499 | 7805 Broadway East | Tucson | AZ | 85710 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101502 | 10535 N. Oracle Rd. | Oro Valley | AZ | 85737 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101503 | 6301 E Grant | Tucson | AZ | 85715 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101506 | 615 W. Congress | Tucson | AZ | 85745 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101507 | 3790 W. Ina Road | Marana | AZ | 85741 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101524 | 7610 W. Thomas Rd. | Phoenix | AZ | 85033 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101536 | 4311 W. Camelback Road | Phoenix | AZ | 85031 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101538 | 1715 E. Florence Blvd. | Casa Grande | AZ | 85222 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101539 | 4515 E. McKellips Road | Mesa | AZ | 85205 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101540 | 2501 W. Happy Valley #47 | Phoenix | AZ | 85085 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101584 | 2750 W. Thomas Road | Phoenix | AZ | 85017 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101599 | 5040 W. Baseline Rd. | Laveen | AZ | 85339 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101608 | 1450 West Main Street | Quartzsite | AZ | 85346 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101609 | 85 E. Germann Rd. | Gilbert | AZ | 85297 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101611 | 2002 N. Country Club | Mesa | AZ | 85201 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101717 | 1753 W BethanyHome Rd | Phoenix | AZ | 85015 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101718 | 18700 S. Nogales Hwy | Sahuarita | AZ | 85629 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101728 | 1015 N. Dobson Rd. | Mesa | AZ | 85201 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101755 | 5378 S. Power Rd. | Gilbert | AZ | 85016 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101756 | 416 S. Watson Rd. | Buckeye | AZ | 85326 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101792 | 7249 Bandera Rd. | Leon Valley | TX | 78238 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101803 | 8539 Texas 151 | San Antonio | TX | 78245 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101851 | 1707 S. Loop 288 | Denton | TX | 76205-4833 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101855 | 2104 N. Galloway Avenue | Mesquite | TX | 75150-5730 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101874 | 2560 Rio Mesa Trail | Cottonwood | AZ | 86320 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101877 | 830 West Pima Street | Gila Bend | AZ | 85337 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101879 | 550 W. I30 | Garland | TX | 75043-5700 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101899 | 5297 S. Cooper Street | Arlington | TX | 76017-5937 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101904 | 1000 Hebron Parkway | Carrollton | TX | 75010-1000 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101961 | 12601 Lake June Road | Balch Springs | TX | 75180 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101977 | 3930 Eastex Freeway | Beaumont | TX | 77703 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101989 | 5623 W. 1604 N. | San Antonio | TX | 78253 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1101997 | 3440 Stockton Hill Rd. | Kingman | AZ | 86401 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102032 | 21064 E. Ocotillo | Queen Creek | AZ | 85142 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102049 | 5785 E State Route 69 | Prescott Valley | AZ | 86314 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102050 | 8825 S. Jewel Street | Tempe | AZ | 85284 | | $ | 25,000.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Carl's Jr. Restaurant | | 1102163 | 6706 N. 95th Ave | Glendale | AZ | 85305 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102172 | 1635 N. Navajo Blvd | Holbrook | AZ | 86025 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102173 | 1083 S. Cotton Lane | Good Year | AZ | 85338 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102195 | 1680 E. Ash Street | Globe | AZ | 85501 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102269 | 1210 N. Scottsdale Road | Tempe | AZ | 85281 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102291 | 728 N. Bisbee | Wilcox | AZ | 85643 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102293 | 362 N Goswick way | Camp Verde | AZ | 86322 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102297 | 1055 N. Grand Canyon Blvd Suite #3 | Williams | AZ | 86046 | | $ | 25,000.00 |
| Carl's Jr. Restaurant | | 1102251 and 1102252 | 201 E. Jefferson Street - Pavilion & 109 | Phoenix | AZ | 85004 | | $ | 25,000.00 |