In re **Frontier Star CJ, LLC,**         Case No.   **2:15-bk-09385-EPB**

                    **Debtor**                                **(if known)**

# AMENDED - SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached list<br><br>, | Description: See attached list<br><br>Nature of Debtor's Interest: Franchises |
| Suns Legacy Partners, LLC<br>Attn:  James R. Pitman<br>201 E. Jefferson St<br>Phoenix, AZ 85004<br><br>Phoenix Mercury Basketball LLC<br>c/o James R. Pitman<br>201 E. Jefferson St<br>Phoenix, AZ 85004 | Description: Marketing Partnership Agreement<br><br>Nature of Debtor's Interest: Sponsor |

## Address

| | | | |
|---|---|---|---|
| 12802 N. Interstate 35 | Live Oak | TX | 78233-2611 |
| 5297 S. Cooper Street | Arlington | TX | 76017-5937 |
| 609 W. Slaughter lane | Austin | TX | 78748-1668 |
| 12601 Lake June Road | Balch Springs | TX | 75180 |
| 711 Highway 71 West | Bastrop | TX | 78602-4036 |
| 3930 Eastex Freeway | Beaumont | TX | 77703 |
| 416 S. Watson Rd. | Buckeye | AZ | 85326 |
| 362 N Goswick way | Camp Verde | AZ | 86322 |
| 1000 Hebron Parkway | Carrollton | TX | 75010-1000 |
| 1715 E. Florence Blvd. | Casa Grande | AZ | 85222 |
| 2560 Rio Mesa Trail | Cottonwood | AZ | 86320 |
| 1707 S. Loop 288 | Denton | TX | 76205-4833 |
| 3180 N. Toltec Rd. | Eloy | AZ | 85231 |
| 1400 S. Milton Ave | Flagstaff | AZ | 86001 |
| 550 W. I30 | Garland | TX | 75043-5700 |
| 830 West Pima Street | Gila Bend | AZ | 85337 |
| 85 E. Germann Rd. | Gilbert | AZ | 85297 |
| 5378 S. Power Rd. | Gilbert | AZ | 85016 |
| 7280 W. Bell Road | Glendale | AZ | 85308 |
| 5105 W. Thunderbird | Glendale | AZ | 85306 |
| 6706 N. 95th Ave | Glendale | AZ | 85305 |
| 1680 E. Ash Street | Globe | AZ | 85501 |
| 1083 S. Cotton Lane | Good Year | AZ | 85338 |
| 1519 W. Baseline | Guadalupe | AZ | 85283 |
| 1635 N. Navajo Blvd | Holbrook | AZ | 86025 |
| 789 W. Beal St. | Kingman | AZ | 86401 |
| 3440 Stockton Hill Rd. | Kingman | AZ | 86401 |
| I-35 and Kyle Parkway | Kyle | TX | 78640 |
| 5040 W. Baseline Rd. | Laveen | AZ | 85339 |
| 7249 Bandera Rd. | Leon Valley | TX | 78238 |
| 3790 W. Ina Road | Marana | AZ | 85741 |
| 1352 S. Gilbert | Mesa | AZ | 85202 |
| 1440 W. Southern | Mesa | AZ | 85202 |
| 1850 S. Country Club | Mesa | AZ | 85210 |
| 4515 E. McKellips Road | Mesa | AZ | 85205 |
| 2002 N. Country Club | Mesa | AZ | 85201 |
| 1015 N. Dobson Rd. | Mesa | AZ | 85201 |
| 2104 N. Galloway Avenue | Mesquite | TX | 75150-5730 |
| 1395 S. I-35 | New Braunfels | TX | 78130-5920 |
| 10535 N. Oracle Rd. | Oro Valley | AZ | 85737 |
| 12110 N. 75th Ave | Peoria | AZ | 85381 |
| 9360 W. Northern Ave. | Peoria | AZ | 85345 |
| 2342 E. Thomas Rd. | Phoenix | AZ | 85016 |
| 1202 N. 51st Ave. | Phoenix | AZ | 85043 |
| 3470 W. Bell Rd. | Phoenix | AZ | 85023 |
| 2343 E. Bell Rd. | Phoenix | AZ | 85022 |
| 9111 N. 7th St. | Phoenix | AZ | 85020 |

| | | | |
|---|---|---|---|
| 4916 E. Chandler Blvd. | Phoenix | AZ | 85048 |
| 7610 W. Thomas Rd. | Phoenix | AZ | 85033 |
| 4311 W. Camelback Road | Phoenix | AZ | 85031 |
| 2501 W. Happy Valley #47 | Phoenix | AZ | 85085 |
| 2750 W. Thomas Road | Phoenix | AZ | 85017 |
| 1753 W BethanyHome Rd | Phoenix | AZ | 85015 |
| 201 E. Jefferson Street - Pavilion & 109 | Phoenix | AZ | 85004 |
| 555 Miller Valley Rd. | Prescott | AZ | 86301 |
| 5785 E State Route 69 | Prescott Valley | AZ | 86314 |
| 1450 West Main Street | Quartzsite | AZ | 85346 |
| 21064 E. Ocotillo | Queen Creek | AZ | 85142 |
| 18700 S. Nogales Hwy | Sahuarita | AZ | 85629 |
| 6588 FM 78 (Sequin Road) | San Antonio | TX | 78244-1300 |
| 2002 S.W. Military Drive | San Antonio | TX | 78213-2148 |
| 2639 N.E. Loop 410 | San Antonio | TX | 78217-5608 |
| 8539 Texas 151 | San Antonio | TX | 78245 |
| 5623 W. 1604 N. | San Antonio | TX | 78253 |
| 2219 S. IH 35 | San Marcos | TX | 78666-5918 |
| 15144 N. Northsight Blvd. | Scottsdale | AZ | 85260 |
| 3380 N. Hayden Road | Scottsdale | AZ | 85251 |
| 8825 S. Jewel Street | Tempe | AZ | 85284 |
| 1210 N. Scottsdale Road | Tempe | AZ | 85281 |
| 7805 Broadway East | Tucson | AZ | 85710 |
| 6301 E Grant | Tucson | AZ | 85715 |
| 615 W. Congress | Tucson | AZ | 85745 |
| 728 N. Bisbee | Wilcox | AZ | 85643 |
| 1055 N. Grand Canyon Blvd Suite #3 | Williams | AZ | 86046 |
| 2985 S. Alma School Rd. | Chandler | AZ | 85248 |
| 2930 S. Buckner Blvd. | Dallas | TX | 75227-6907 |
| 748 N. Gilbert Rd. | Gilbert | AZ | 85234 |
| 411 A E. Loop 281 | Longview | TX | 75605-7928 |
| 1301 S. 1st Street | Lufkin | TX | 75901-4717 |
| 288 Stickland Drive | Orange | TX | 77630 |
| 31414 N. Cave Creek Rd. | Phoenix | AZ | 85331 |
| 4900 Highway 73 | Port Arthur | TX | 77642 |
| 13980 Nacagdoches Road | San Antonio | TX | 78217-1282 |
| 515 E. Wickenburg Way | Wickenburg | AZ | 85390 |
| 4414 W. Commerce St | San Antonio | TX | 78237 |
| 1208 N. University Dr. | Nacogdoches | TX | 75961 |
| 4244 S 35th Ave. Phoenix, AZ | Phoenix | AZ | |
| 7632 S. Wilmot Rd. Tucson, AZ. 85756 | Tucson | Az | 85756 |
| 1803 E Hwy 377, Granbury, TX | Granbury | Tx | |
| 2002 E Overland Trail, Abilene, TX 79601 | Abilene | TX | 79601 |
| 4217 Bridge St, Fort Worth, TX 76103 | Fort Worth | TX | 76103 |
| 2670 Midway Road, Carrollton, TX 75006 | Carrollton | TX | 75006 |
| 655 N. Arizona Ave, Chandler, Az | Chandler | AZ | |
| 503 N. Highway 77, Waxahachie, Tx 75165 | Waxahachie | TX | 75165 |
| 5425 Southwest Loop 410 | San Antonio | TX | 78227 |
| 3405 Belt Line Road, Irving, TX | Irving | TX | |